**FILED**

2004 FEB 17  A 10: 28

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------x

CONTAINER LEASING INTERNATIONAL, LLC
d/b/a CARLISLE LEASING INTERNATIONAL, LLC,    3:03 CV 101 (AWT)

        Plaintiff,

- against -    **AFFIDAVIT IN SUPPORT OF MOTION**

NAVICON, S.A., and TRANSPORTES
FERROVIARIOS ESPECIALES, S.A.,

        Defendants.

February 13, 2004
-----------------------------------------------------------------x

MANUEL A. MOLINA being duly sworn, deposes and says as follows:

1.    I am a member of the bar of this Court and an attorney associated with the law firm of Skoufalos, Llorca & Ziccardi, LLP, counsel of record for plaintiff CONTAINER LEASING INTERNATIONAL d/b/a CARLISLE LEASING INTERNATIONAL, LLC ("Carlisle") in the above-captioned action. I make this affidavit in support of this motion on consent, pursuant to Rule 7 of this Court's Local Rules of Civil Procedure, seeking an Order directing that the discovery deadline in this action be extended up to and including six months after this Honorable Court issues a decision concerning the dispositive motions brought by the defendants NAVICON, S.A. ("Navicon") and TRANSPORTES FERROVIARIOS ESPECIALES, S.A. ("Transfesa"), currently pending before the Court, and that all other deadlines enumerated in this Court's Order of January 15, 2003, be similarly extended.

2. Carlisle filed the instant complaint on January 15, 2003 in which Carlisle asserts various claims against Navicón and Transfesa, including but not limited, to account stated, breach of contract, conversion, unjust enrichment, tortious interference with contractual relations and abuse of process.

3. Navicón and Transfesa, on April 17, 2003, filed separate pre-Answer motions to dismiss Carlisle's complaint. Those motions were fully briefed by July 22, 2003, and are currently pending before this Honorable Court.

4. Carlisle requests that this Court extend the deadline for discovery up to and including six months after the date the Court renders its decision concerning the pending motions to dismiss. Plaintiff has been awaiting the Court's guidance, in the form of its decision on the pending motions, concerning whether or not discovery should proceed, or whether initial discovery should be restricted to jurisdictional issues. While still awaiting the Court's guidance in this regard, Carlisle believes it would now be in order to request a formal extension of the Court's initial discovery Order, which automatically issued when the complaint was filed, and whose cut-off date was July 17, 2003, or five days before the pending motions were fully briefed.

5. Counsel for defendants have been contacted and consented to the within request.

6. No prior motion for the relief requested herein has been filed in this Court.

7. In light of the foregoing, and good cause existing therefor, your affiant respectfully requests that this Court grant this motion.

Dated:  New York, New York
        February 13, 2004

*[signature: Manuel A. Molina]*
MANUEL A. MOLINA

STATE OF NEW YORK     )
                      ss.:
COUNTY OF NEW YORK    )

      On February 13, 2004 before me, the undersigned, A Notary Public in and for said State, personally appeared Manuel A. Molina, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

*[signature: Margaret Lee]*
NOTARY PUBLIC

MARGARET LEE
Notary Public, State of New York
No. 31-4908743
Qualified in New York County
Commission Expires October 19, 2005

## CERTIFICATION

I hereby certify that on February 13, 2004, I caused the within NOTICE OF MOTION and AFFIDAVIT IN SUPPORT OF MOTION to be served via telefax and via United States Postal Service, first class postage pre-paid, upon:

Peppe & Hazard, LLP
30 Jellif Lane
Southport Connecticut 06490

Attn: Joseph W. Martini, Esq.

Levitt Rockwood & Sanders, P.C.
33 Riverside Avenue
Westport, Connecticut 06881

Attn: Dori S. Heimer, Esq.

Snitow, Kanfer Holtzer & Millus, LLP
575 Lexington Avenue
New York, N.Y. 10022-6102

Attn: Alan Heblack, Esq.

Holland & Knight
195 Broadway
New York, NY 10007

Attn: Vincent J. Foley, Esq.

_____
Manuel A. Molina