FILED
2004 FEB 17 A 10: 28
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------x

CONTAINER LEASING INTERNATIONAL, LLC
d/b/a CARLISLE LEASING INTERNATIONAL, LLC,

        3:03 CV 101 (AWT)

Plaintiff,

- against -

**MOTION**

NAVICON, S.A., and TRANSPORTES
FERROVIARIOS ESPECIALES, S.A.,

Defendants.

        February 13, 2004

-------------------------------------------------------------x

Pursuant to Rule 7 of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, upon the Affidavit of Manuel A. Molina, Esq., sworn to on February 12, 2004, upon the consent of all parties to this action, and upon all prior pleadings and proceedings had heretofore, the plaintiff CONTAINER LEASING INTERNATIONAL d/b/a CARLISLE LEASING INTERNATIONAL, LLC moves this Court for an Order directing that the discovery deadline in this action be extended up to six months after this Honorable Court issues a decision concerning the dispositive motions brought by the defendants herein currently pending before the Court, and that all other deadlines enumerated in this Court's Order of January 15, 2003, be similarly extended.

---

Extensions GRANTED. Discovery shall be completed by September 30, 2004. Dispositive motions, if any, shall be filed on or before October 30, 2004. It is

Alvin W. Thompson, U.S.D.J.
Hartford, CT 2/19/04