UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------------x

CONTAINER LEASING INTERNATIONAL, LLC
d/b/a CARLISLE LEASING INTERNATIONAL, LLC,                3:03 CV 101 (AWT)

        Plaintiff,

   - against -                                              **AFFIDAVIT IN SUPPORT**
                                                                 **OF MOTION**

NAVICON, S.A., and TRANSPORTES
FERROVIARIOS ESPECIALES, S.A.,

        Defendants.
                                                                    August 27, 2004
------------------------------------------------------------------------x

       MANUEL A. MOLINA being duly sworn, deposes and says as follows:

       1.    I am a member of the bar of this Court and an attorney associated with the law firm of Skoufalos, Llorca & Ziccardi, LLP, counsel of record for plaintiff CONTAINER LEASING INTERNATIONAL d/b/a CARLISLE LEASING INTERNATIONAL, LLC ("Carlisle") in the above-captioned action. I make this affidavit in support of this motion on consent, pursuant to Rule 7 of this Court's Local Rules of Civil Procedure, seeking an Order directing that the discovery deadline in this action be extended up to and including six months after this Honorable Court issues a decision concerning the dispositive motions brought by the defendants NAVICON, S.A. ("Navicon") and TRANSPORTES FERROVIARIOS ESPECIALES, S.A. ("Transfesa"), currently pending before the Court, and that all other deadlines enumerated in this Court's Order of February 20, 2004, be similarly extended.

       2.    Carlisle filed the instant complaint on January 15, 2003 in which Carlisle asserts various claims against Navicón and Transfesa, including but not limited, to account stated,

breach of contract, conversion, unjust enrichment, tortious interference with contractual relations and abuse of process.

3. Navicón and Transfesa, on April 17, 2003, filed separate pre-Answer motions to dismiss Carlisle's complaint. Those motions were fully briefed by July 22, 2003, and are currently pending before this Honorable Court.

4. On or about February 17, 2004, Carlisle, with the consent of counsel for Navicón and Transfesa, filed a motion extending the deadlines contained in this Court's initial discovery Order, which automatically issued when the complaint was filed, and whose cut-off date was July 17, 2003, or five days before the pending motions were fully briefed. This Court, on February 20, 2004, granted Carlisle's motion.

5. As the Navicón and Transfesa motions are still pending, Carlisle believes it would now be in order to request an additional formal extension of the Court's February 20, 2004 Order, whose discovery cut-off date is September 30, 2004.

6. Counsel for defendants have been contacted and consented to the within request.

7. As noted above, the relief requested herein has been previously sought by the parties and granted by this Court.

8. In light of the foregoing, and good cause existing therefor, your affiant respectfully requests that this Court grant this motion.

Dated: New York, New York
      August 27, 2004

                              /s/ Manuel A. Molina
                              MANUEL A. MOLINA

STATE OF NEW YORK     )
                         ss.:
COUNTY OF NEW YORK   )

On August 27, 2004 before me, the undersigned, A Notary Public in and for said State, personally appeared Manuel A. Molina, personally known to me or proved to me on the basis of

satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

/s/     Allan H. Greenberg
NOTARY PUBLIC

## *CERTIFICATION*

I hereby certify that on August 27, 2004, I caused the within NOTICE OF MOTION and AFFIDAVIT IN SUPPORT OF MOTION to be served via telefax and via United States Postal Service, first class postage pre-paid, upon:

| | |
|---|---|
| Peppe & Hazard, LLP<br>30 Jellif Lane<br>Southport Connecticut 06490 | Levitt Rockwood & Sanders, P.C.<br>33 Riverside Avenue<br>Westport, Connecticut 06881 |
| Attn: Joseph W. Martini, Esq. | Attn: Dori S. Heimer, Esq. |
| Snitow, Kanfer Holtzer & Millus, LLP<br>575 Lexington Avenue<br>New York, N.Y. 10022-6102 | Holland & Knight<br>195 Broadway<br>New York, NY 10007 |
| Attn: Alan Heblack, Esq. | Attn: Vincent J. Foley, Esq. |

/s/     Manuel A. Molina
       Manuel A. Molina