UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

------------------------------------------------------------------x

CONTAINER LEASING INTERNATIONAL, LLC :
d/b/a CARLISLE LEASING
INTERNATIONAL, LLC,

Plaintiff,

-against-

NAVICON, S.A., and TRANSPORTES
FERROVIARIOS ESPECIALES S.A.,

Defendants.

------------------------------------------------------------------x

2004 OCT 15  A 11: 59

3:03 CV 101(AWT) ICT COURT
                  D. CT.

October 11, 2004

**MOTION ON CONSENT**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United

States District Court for the District of Connecticut,  defendant Transportes

Ferroviarios Especiales S.A. ("Transfesa") moves this Court for an Order directing

that the time to respond or otherwise move for a protective order to the "First

Jurisdictional Document Demands From Plaintiff to Defendant Transportes

Ferroviarios Especiales, S.A." be extended for two weeks from October 18 up

through and including November 1, 2004.

Defendant Transfesa respectfully requests this two week extension of time

because of delays in corresponding overseas between the U.S. and Spain, and delays

in translating documents and pleadings from English to Spanish for review and

approval.

No previous request for an extension of time has been made with respect to

this discovery.

Plaintiff has consented to Defendant's request for a two week extension of time, and has consented to this motion.

In the light of the foregoing, and good cause existing therefore, it is respectfully requested that this Court grant this motion.

Date:  New York, New York
      October 14, 2004

Vincent J. Foley
Federal Bar No.  ct 17500
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY  10007
Tel. (212) 513-3357
Fax. (212) 385-9010
vfoley@hklaw.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion was mailed on this date to the following:

Manuel Llorca  (ML 4034)
Bar No. ct 07921
Manuel Molina (MM 1017)
Bar No. ct 22142
SKOUFALOS, LLORCA & ZICCARDI
Clearwater House
2187 Atlantic Street
Stamford, CT  06902

Attorneys for Plaintiff
Container Leasing International LLC
d/b/a/ CARLISLE LEASING INTERNATIONAL LLC

Madeleine Grossman
Federal Bar No.  ct 05987
Levett Rockwood P.C.
33 Riverside Avenue, Westport, CT  06880
Tel:  (203) 222-0885   Fax:  (203) 226-8025
Designated Counsel within the District of Connecticut
for Holland & Knight LLP

Joseph W. Martini, Esq.
Pepe & Hazard LLP
30 Jelliff lane
Southport, Connecticut 06890-1436
Tel.  203 319 4000
Fax : 203 259 0251
       -and-

Alan Heblack
Snitow, Kanfer Holtzer & Millus, LLP
575 Lexington Avenue
New York, NY  10022-6102
Attorneys for Navicon, S.A.

Date:  October 14, 2004                    _Linda M. Wilkens_

# 2324839_v1