UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------x
CONTAINER LEASING INTERNATIONAL, LLC :
d/b/a CARLISLE LEASING                          :         3:03 CV 101 (AWT)
INTERNATIONAL, LLC,                             :
                                                :         October 26, 2004
                                                :
                    Plaintiff,                  :
                                                :
         -against-                              :
                                                :
NAVICON, S.A., and TRANSPORTES                  :
FERROVIARIOS ESPECIALES S.A.,                   :
                                                :
                    Defendants.                 :
-------------------------------------------------------------------x

**MOTION FOR A PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c)(1), defendant Tranportes Ferroviarios Especiales, S.A. ("Transfesa") moves this Court to issue a protective order staying discovery until a decision is rendered on Tranfesa's Motion to Dismiss the Complaint for lack of personal jurisdiction. This Motion is based upon the accompanying Memorandum of Law, the Affidavit of Vincent J. Foley dated October 26, 2004, and the exhibits annexed thereto.

Date: October 26, 2004

Vincent J. Foley
Federal Bar No. ct 17500
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007
Tel. (212) 513-3357
Fax. (212) 385-9010
vfoley@hklaw.com

**ORAL ARGUMENT REQUESTED**

## CERTIFICATE OF SERVICE

   This is to certify that the foregoing Motion for a Protective Order with supporting Memorandum of Law and Affidavit were mailed on this date to the following:

Manuel Llorca  (ML 4034)
Bar No. ct 07921
Manuel Molina (MM 1017)
Bar No. ct 22142
SKOUFALOS, LLORCA & ZICCARDI
Clearwater House
2187 Atlantic Street
Stamford, CT  06902

Attorneys for Plaintiff
Container Leasing International LLC
d/b/a/ CARLISLE LEASING INTERNATIONAL LLC

Madeleine Grossman
Federal Bar No.  ct 05987
Levett Rockwood P.C.
33 Riverside Avenue, Westport, CT  06880
Tel:  (203) 222-0885    Fax:  (203) 226-8025
Designated Counsel within the District of Connecticut
for Holland & Knight LLP

Joseph W. Martini, Esq.
 Pepe & Hazard LLP
 30 Jelliff lane
 Southport, Connecticut 06890-1436
 Tel.  203 319 4000
 Fax : 203 259 0251
   -and-

Alan Heblack
Snitow, Kanfer Holtzer & Millus, LLP
575 Lexington Avenue
New York, NY  10022-6102
Attorneys for Navicon, S.A.

Date:  October 26, 2004

                Linda M. Wilkens
                Linda M. Wilkens

# 2350283_v1