UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------------x
CONTAINER LEASING INTERNATIONAL, LLC :
d/b/a CARLISLE LEASING : 3:03 CV 101(AWT)
INTERNATIONAL, LLC, :
: October 26, 2004
Plaintiff, :
: **AFFIDAVIT IN SUPPORT OF**
-against- : **TRANSFESA'S MOTION FOR**
: **A PROTECTIVE ORDER**
NAVICON, S.A., and TRANSPORTES :
FERROVIARIOS ESPECIALES S.A., :
:
Defendants. :
------------------------------------------------------------------------x

VINCENT J. FOLEY, being duly sworn, deposes and says as follows:

1. I am a member of the bar of this Court and a member of the law firm of Holland & Knight LLP, counsel of record for defendant Transportes Ferroviarios Especiales, S.A. ("Transfesa") in the above-captioned action. I make this affidavit in support of the Tranfesa's motion for a protective order pursuant to Fed. R. Civ. P. Rule 26 (c)(1).

2. A true and correct copy of the "First Jurisdictional Document Demands from plaintiff to Defendant Transportes Ferroviarios Especiales, S.A." are attached hereto as Exh. 1.

3. Upon receipt of Plaintiff's document demands, I informed plaintiff's counsel that Transfesa considered the issue of jurisdictional discovery to be *sub judice* as part of the pending motion to dismiss the complaint. I requested Plaintiff's counsel to withdraw or defer the document demands pending a ruling from the Court on Transfesa's motion to dismiss. Plaintiff's counsel declined to withdraw or defer the discovery.

4. A true and correct copy of the decision cited as Estate of Luis A. Nunez-Polance a/k/a Luis A. Nunez, by Michael Shapiro, Administrator v. Bosch Toyota, Inc. et. al, Civ. No. 3:03 CV 2251 (WWE), slip op. at p. 1 (D. Conn. July 21, 2004) is attached as Ex. 2.

5. Based on the pleadings, memoranda and affidavits submitted herewith, and for good cause shown, it is respectfully requested that this Court grant Transfesa's Motion for a protective order to stay discovery until a ruling is issued on the pending motion to dismiss the complaint.

_____
Vincent J. Foley

Sworn to before me this
__th day of October 2004

_____
Notary Public

# 2324869_v1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion for a Protective Order with supporting Memorandum of Law and Affidavit were mailed on this date to the following:

Manuel Llorca (ML 4034)
Bar No. ct 07921
Manuel Molina (MM 1017)
Bar No. ct 22142
SKOUFALOS, LLORCA & ZICCARDI
Clearwater House
2187 Atlantic Street
Stamford, CT 06902

Attorneys for Plaintiff
Container Leasing International LLC
d/b/a/ CARLISLE LEASING INTERNATIONAL LLC

Madeleine Grossman
Federal Bar No. ct 05987
Levett Rockwood P.C.
33 Riverside Avenue, Westport, CT 06880
Tel: (203) 222-0885   Fax: (203) 226-8025
Designated Counsel within the District of Connecticut
for Holland & Knight LLP

Joseph W. Martini, Esq.
Pepe & Hazard LLP
30 Jelliff lane
Southport, Connecticut 06890-1436
Tel. 203 319 4000
Fax: 203 259 0251
    -and-

Alan Heblack
Snitow, Kanfer Holtzer & Millus, LLP
575 Lexington Avenue
New York, NY 10022-6102
Attorneys for Navicon, S.A.

Date: October 26, 2004

_Linda M. Wilkens_
Linda M. Wilkens

# 2350283_v1