UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------x
CONTAINER LEASING INTERNATIONAL, LLC :
d/b/a CARLISLE LEASING
INTERNATIONAL, LLC,

               Plaintiff,

         -against-

NAVICON, S.A., and TRANSPORTES
FERROVIARIOS ESPECIALES S.A.,

               Defendants.
------------------------------------------------------------x

FILED
2004 OCT 15  A 11: 59

3:03 CV 101(AWT)

October 11, 2004

**MOTION ON CONSENT**

    Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, defendant Transportes Ferroviarios Especiales S.A. ("Transfesa") moves this Court for an Order directing that the time to respond or otherwise move for a protective order to the "First Jurisdictional Document Demands From Plaintiff to Defendant Transportes Ferroviarios Especiales, S.A." be extended for two weeks from October 18 up through and including November 1, 2004.

    Defendant Transfesa respectfully requests this two week extension of time because of delays in corresponding overseas between the U.S. and Spain, and delays in translating documents and pleadings from English to Spanish for review and approval.

    No previous request for an extension of time has been made with respect to this discovery.

Extension GRANTED, nunc pro tunc,
to and including November 1, 2004
it is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT       11/11/04