UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------------x
CONTAINER LEASING INTERNATIONAL, LLC
d/b/a CARLISLE LEASING INTERNATIONAL, LLC,             3:03 CV 101 (AWT)

        Plaintiff,

  - against -

NAVICON, S.A., and TRANSPORTES
FERROVIARIOS ESPECIALES, S.A.,
                                                          November 23, 2004
        Defendants.
------------------------------------------------------------------------x

## *CERTIFICATION*

I hereby certify that on November 23, 2004, I caused the within MEMORANDUM OF LAW OF PLAINTIFF LEASING INTERNATIONAL, LLC IN OPPOSITION TO THE MOTION OF DEFENDANT TRANSPORTES ESPECIALES FERROVIARIOS, S.A. SEEKING A PROTECTIVE ORDER STAYING ALL DISCOVERY, to be served, via first-class mail, upon:

| | |
|---|---|
| Peppe & Hazard, LLP<br>30 Jellif Lane<br>Southport Connecticut 06490 | Levitt Rockwood & Sanders, P.C.<br>33 Riverside Avenue<br>Westport, Connecticut 06881 |
| Attn: Joseph W. Martini, Esq. | Attn: Dori S. Heimer, Esq. |
| Snitow, Kanfer Holtzer & Millus, LLP<br>575 Lexington Avenue<br>New York, N.Y. 10022-6102 | Holland & Knight<br>195 Broadway<br>New York, NY 10007 |
| Attn: Alan Heblack, Esq. | Attn: Vincent J. Foley, Esq. |

                                                /s/   Manuel A Molina
                                                   Manuel A. Molina, CT 22142