UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------------x

CONTAINER LEASING INTERNATIONAL, LLC
d/b/a CARLISLE LEASING INTERNATIONAL, LLC,    3:03 CV 101 (AWT)

        Plaintiff,

    - against -    **AFFIDAVIT IN SUPPORT**
                                  **OF MOTION**

NAVICON, S.A., and TRANSPORTES
FERROVIARIOS ESPECIALES, S.A.,

        Defendants.
                                                                 June 13, 2005
------------------------------------------------------------------------x

       MANUEL A. MOLINA being duly sworn, deposes and says as follows:

       1.    I am a member of the bar of this Court and an attorney associated with the law firm of Skoufalos, Llorca & Ziccardi, LLP, counsel of record for plaintiff CONTAINER LEASING INTERNATIONAL d/b/a CARLISLE LEASING INTERNATIONAL, LLC ("Carlisle") in the above-captioned action. I make this affidavit in support of this motion seeking an Order directing that the Notice of Appearance filed by Daniel F. Paige, Esq., on May 23, 2003, while Mr. Paige was an associate at Skoufalos, Llorca & Ziccardi, LLP, be withdrawn, as Mr. Paige is no longer associated with Your affiant's law firm.

       2.    Carlisle filed the instant complaint on January 15, 2003 in which Carlisle asserts various claims against NAVICÓN, S.A. ("Navicón") and TRANSPORTES FERROVIARIOS ESPECIALES, S.A. ("Transfesa"), including but not limited, to account stated, breach of contract, conversion, unjust enrichment, tortious interference with contractual relations and abuse of process.

3. Navicón and Transfesa, on April 17, 2003, filed separate pre-Answer motions to dismiss Carlisle's complaint. Those motions were fully briefed by July 22, 2003, and are currently pending before this Honorable Court.

4. In addition, after Carlisle served jurisdictional discovery upon Transfesa, Transfesa sought, on November 5, 2004, a Protective Order staying all jurisdictional discovery demanded by Carlisle. Transfesa's application is also pending before this Court.

5. Your affiant filed a Notice of Appearance on July 2, 2003.

6. Your affiant recently conducted a PACER search for the instant case and discovered that Mr. Paige and his present law firm are erroneously listed as one of the attorneys of record for Plaintiff Carlisle. Mr. Paige, however, left the employment of Skoufalos, Llorca & Ziccardi, on or about September 2003, and neither he nor his present law firm represents Carlisle in connection with this action. As a result, Your affiant respectfully requests that the Notice of Appearance filed by Mr. Paige be withdrawn and that Mr. Paige and his law firm be stricken as attorneys of record in this action.

7. Counsel for defendants have been contacted and consented to the within request.

8. No prior motion for the relief requested herein has been filed in this Court.

9. In light of the foregoing, and good cause existing therefor, Your affiant respectfully requests that this Court grant this motion.

Dated: New York, New York
       June 13, 2005

/s/   Manuel A. Molina
MANUEL A. MOLINA

STATE OF NEW YORK      )
                                      ss.:
COUNTY OF NEW YORK   )

      On June 13, 2005 before me, the undersigned, A Notary Public in and for said State, personally appeared Manuel A. Molina, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                  /s/     Allan H. Greenberg
                                      NOTARY PUBLIC

## *CERTIFICATION*

I hereby certify that on June 13, 2005, I caused the within NOTICE OF MOTION and AFFIDAVIT IN SUPPORT OF MOTION to be served via United States Postal Service, first class postage pre-paid, upon:

Peppe & Hazard, LLP
30 Jellif Lane
Southport Connecticut 06490

Attn: Joseph W. Martini, Esq.

Levitt Rockwood & Sanders, P.C.
33 Riverside Avenue
Westport, Connecticut 06881

Attn: Dori S. Heimer, Esq.

Snitow, Kanfer Holtzer & Millus, LLP
575 Lexington Avenue
New York, N.Y. 10022-6102

Attn: Alan Heblack, Esq.

Holland & Knight
195 Broadway
New York, NY 10007

Attn: Vincent J. Foley, Esq.

John Grimmer & Associates
One Battery Park Plaza, 18th Floor
New York, NY 10004

Attn: Daniel F. Paige, Esq.

_____
Manuel A. Molina