UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x

CONTAINER LEASING INTERNATIONAL, LLC
d/b/a CARLISLE LEASING INTERNATIONAL, LLC,         3:03 CV 101 (AWT)

                Plaintiff,

- against -                                                **MOTION**

NAVICON, S.A., and TRANSPORTES
FERROVIARIOS ESPECIALES, S.A.,

                Defendants.

                                            June 13, 2005

-----------------------------------------------------------------x

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, upon the Affidavit of Manuel A. Molina, Esq., sworn to on June 13, 2005, upon the consent of all parties to this action, and upon all prior pleadings and proceedings had heretofore, the plaintiff CONTAINER LEASING INTERNATIONAL d/b/a CARLISLE LEASING INTERNATIONAL, LLC moves this Court for an Order directing that the Notice of Appearance filed by Daniel F. Paige, Esq., on May 23, 2003 on behalf of plaintiff be withdrawn, as Mr. Paige is no longer associated with the law firm of Skoufalos, Llorca & Ziccardi, LLP, attorneys of record for plaintiff.

**GRANTED.** It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  6/23/05