UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------x

CONTAINER LEASING INTERNATIONAL, LLC
d/b/a CARLISLE LEASING INTERNATIONAL, LLC,        3:03 CV 101 (AWT)

        Plaintiff,

  - against -                                                                                  **MOTION**

NAVICON, S.A., and TRANSPORTES
FERROVIARIOS ESPECIALES, S.A.,

        Defendants.
                                                                  June 30, 2005
-------------------------------------------------------------------x

      Pursuant to Rule 7 of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, upon the Affidavit of Manuel A. Molina, Esq., sworn to on June 30, 2005, upon the consent of all parties to this action, and upon all prior pleadings and proceedings had heretofore, the plaintiff CONTAINER LEASING INTERNATIONAL d/b/a CARLISLE LEASING INTERNATIONAL, LLC moves this Court for an Order directing that the discovery deadline in this action be extended up to six months after this Honorable Court issues a decision concerning the dispositive motions brought by the defendants herein currently pending before the Court, and that all other deadlines enumerated in this Court's Order of September 3, 2004 be similarly extended.

Dated: New York, New York
       June 30, 2005

By: _____
Manuel A. Molina, Esq. CT 22142
Manuel R. Llorca, Esq.
Clearwater House
2187 Atlantic Street
Stamford, Connecticut 06902
Tel. No: (203) 325-9010
Attorneys for Plaintiff
CONTAINER LEASING INTERNATIONAL d/b/a
CARLISLE LEASING INTERNATIONAL