UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------x

CONTAINER LEASING INTERNATIONAL, LLC
d/b/a CARLISLE LEASING INTERNATIONAL, LLC,         3:03 CV 101 (AWT)

        Plaintiff,

  - against -                                           **AFFIDAVIT IN SUPPORT**
                                                                              **OF MOTION**

NAVICON, S.A., and TRANSPORTES
FERROVIARIOS ESPECIALES, S.A.,

        Defendants.

                                                                                  June 30, 2005
-----------------------------------------------------------------x

       MANUEL A. MOLINA being duly sworn, deposes and says as follows:

       1.    I am a member of the bar of this Court and an attorney associated with the law firm of Skoufalos, Llorca & Ziccardi, LLP, counsel of record for plaintiff CONTAINER LEASING INTERNATIONAL d/b/a CARLISLE LEASING INTERNATIONAL, LLC ("Carlisle") in the above-captioned action. I make this affidavit in support of this motion on consent, pursuant to Rule 7 of this Court's Local Rules of Civil Procedure, seeking an Order directing that the discovery deadline in this action be extended up to and including six months after this Honorable Court issues a decision concerning the dispositive motions brought by the defendants NAVICON, S.A. ("Navicón") and TRANSPORTES FERROVIARIOS ESPECIALES, S.A. ("Transfesa"), currently pending before the Court, and that all other deadlines enumerated in this Court's Order of September 3, 2004, be similarly extended.

       2.    Carlisle filed the instant complaint on January 15, 2003 in which Carlisle asserts various claims against Navicón and Transfesa, including but not limited, to account stated,

breach of contract, conversion, unjust enrichment, tortious interference with contractual relations and abuse of process.

3. Navicón and Transfesa, on April 17, 2003, filed separate pre-Answer motions to dismiss Carlisle's complaint. Those motions were fully briefed by July 22, 2003, and are currently pending before this Honorable Court.

4. On or about February 17, 2004, Carlisle, with the consent of counsel for Navicón and Transfesa, filed a motion seeking an Order extending the deadlines contained in this Court's initial discovery Order, which automatically issued when the complaint was filed, and whose cut-off date was July 17, 2003, or five days before the pending motions were fully briefed. This Court, per Order dated February 20, 2004, granted Carlisle's motion.

5. On or about August 30, 2004, Carlisle with the consent of counsel for Navicón and Transfesa again filed a motion seeking an Order extending the deadlines contained in this Court's February 20, 2004 Order. Per Order dated September 3, 2004, this Court granted Carlisle's motion.

6. In addition, after Carlisle served jurisdictional discovery upon Transfesa, Transfesa sought, on November 5, 2004, a Protective Order staying all jurisdictional discovery demanded by Carlisle. Transfesa's application is also pending before this Court.[1]

7. Since the Navicón and Transfesa dispositive motions and the Transfesa's motion for a Protective Order are still pending, Carlisle believes it would now be in order to request an additional formal extension of the deadlines contained in this Court's September 3, 2004 Order.

---

[1] Because of a clerical error which listed as attorney of record a former associate of your affiant's law firm, Carlisle made a motion on or about June 13, 2005 to withdraw that attorney and his new firm as counsel of record. This Court granted that motion on June 23, 2005.

8. Counsel for defendants have been contacted for this motion and have consented to the within application.

9. As noted above, the relief requested herein has been previously sought by the parties and granted by this Court.

10. In light of the foregoing, and good cause existing therefor, your affiant respectfully requests that this Court grant this motion.

Dated: New York, New York
June 30, 2005

_____
MANUEL A. MOLINA

STATE OF NEW YORK   )
                    ss.:
COUNTY OF NEW YORK  )

On June 30, 2005 before me, the undersigned, A Notary Public in and for said State, personally appeared Manuel A. Molina, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

LEONARD J. CHARNEY
Notary Public, State of New York
No. 02CH5021950
Qualified in New York County
Commission Expires Dec. 27, 2005

_____
NOTARY PUBLIC

## CERTIFICATION

I hereby certify that on June 30, 2005, I caused the within NOTICE OF MOTION and AFFIDAVIT IN SUPPORT OF MOTION to be served via United States Postal Service, first class postage pre-paid, upon:

Peppe & Hazard, LLP
30 Jellif Lane
Southport Connecticut 06490

Attn: Joseph W. Martini, Esq.

Levitt Rockwood & Sanders, P.C.
33 Riverside Avenue
Westport, Connecticut 06881

Attn: Dori S. Heimer, Esq.

Snitow, Kanfer Holtzer & Millus, LLP
575 Lexington Avenue
New York, N.Y. 10022-6102

Attn: Alan Heblack, Esq.

Holland & Knight
195 Broadway
New York, NY 10007

Attn: Vincent J. Foley, Esq.

_____
Manuel A. Molina