**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
CONTAINER LEASING              :
INTERNATIONAL, LLC d/b/a       :
CARLISLE LEASING               :
INTERNATIONAL, LLC,            :
                               :
     Plaintiff,                :
                               :
v.                             :   Civil No. 3:03CV00101(AWT)
                               :
NAVICON, S.A. and TRANSPORTES  :
FERROVIARIOS ESPECIALES, S.A., :
                               :
     Defendants.               :
-------------------------------x
```

**ENDORSEMENT ORDER**

_____The parties' consented to motion for extension of time (Doc. No. 55) is hereby GRANTED in part. Discovery shall be completed by March 2, 2006. Dispositive motions shall be filed on or before April 3, 2006.

It is so ordered.

Dated at Hartford, Connecticut on this 7th day of July, 2005.

/s/AWT
_____
Alvin W. Thompson
United States District Judge