**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
CONTAINER LEASING              :
INTERNATIONAL, LLC d/b/a       :
CARLISLE LEASING               :
INTERNATIONAL, LLC,            :
                               :
     Plaintiff,                :
                               :
v.                             :   Civil No. 3:03CV00101(AWT)
                               :
NAVICON, S.A. and TRANSPORTES  :
FERROVIARIOS ESPECIALES, S.A.,:
                               :
     Defendants.               :
-------------------------------x
```

### ENDORSEMENT ORDER

Defendant Transportes Ferroviarios Especiales S.A.'s Motion For a Protective Order (Doc. No. 46) is hereby GRANTED, <u>nunc pro tunc</u>. However, the court notes that Transportes Ferroviarios Especiales S.A.'s motion to dismiss the complaint was denied today.

It is so ordered.

Dated this 31st day of March 2006 at Hartford, Connecticut.

                                        /s/
                                 Alvin W. Thompson
                             United States District Judge