UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------x

CONTAINER LEASING INTERNATIONAL, LLC
d/b/a CARLISLE LEASING INTERNATIONAL, LLC,       3:03 CV 101 (AWT)

        Plaintiff,

  -against-                                                                                      **MOTION**

NAVICON, S.A. and TRANSPORTES
FERROVIARIOS ESPECIALES, S.A.,

        Defendants.
                                          May 5, 2006
-------------------------------------------------------------------x

      Pursuant to Rule 7 of the Local Rules of Civil Procedure of the United States District of Connecticut, upon the Affidavit of Manuel R. Llorca, Esq., sworn to on May 5, 2006, upon the consent of all parties to this action, and upon all prior pleadings and proceedings had heretofore, the plaintiff CONTAINER LEASING INTERNATIONAL d/b/a CARLISLE LEASING INTERNATIONAL, LLC moves this Court for an Order directing that the discovery deadline in this action be extended for six months from the date of the granting of this motion, and that all other deadlines enumerated in this Court's Order of January 15, 2003 and Endorsement Order of July 7, 2005 be extended concomitantly.

Norwalk, Connecticut
May 5, 2006

By: /s/ Manuel R. Llorca
Manuel R. Llorca, Esq.   CT 07921
Llorca & Hahn LLP
Box 2
40 Richards Avenue
Norwalk, CT 06854
Telephone No 203-642-7321
Fax No. 203-642-7322
M.Llorca@LlorcaHahn.com
Attorneys for Plaintiff
CONTAINER LEASING INTERNATIONAL d/b/a
CARLISLE LEASING INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------x

CONTAINER LEASING INTERNATIONAL, LLC
d/b/a CARLISLE LEASING INTERNATIONAL, LLC,        3:03 CV 101 (AWT)

        Plaintiff,

  -against-                                               **AFFIDAVIT IN SUPPORT**
                                                          **OF MOTION**

NAVICON, S.A. and TRANSPORTES
FERROVIARIOS ESPECIALES, S.A.,

        Defendants.
                                                           May 5, 2006
------------------------------------------------------------------x

    MANUEL R. LLORCA being duly sworn, deposes and says as follows:

    1.    I am a member of the bar of this Court and a partner with the law firm of Llorca & Hahn, LLP, counsel for plaintiff CONTAINER LEASING INTERNATIONAL d/b/a CARLISLE LEASING INTERNATIONAL, LLC ("Carlisle") in the above-captioned action. I make this affidavit in support of this motion on consent, pursuant to Rule 7 of this Court's Local Rules of Civil Procedure, seeking an Order directing that the discovery deadline in this action be extended for six months from the date of the granting of this motion, and that all other deadlines enumerated in this Court's Order of January 15, 2003 and endorsement order of July 7, 2005, be extended concomitantly.

    2.    Carlisle filed the instant complaint on January 15, 2003, in which Carlisle asserts various claims against Navicón, S.A. ("Navicón") and Transportes Ferroviarios Especiales S.A. ("Transfesa"), including, but not limited to, account stated, breach of contract, conversion, unjust enrichment, tortious interference with contractual relations and abuse of process.

3. Navicón and Transfesa, on April 17, 2003, filed separate pre-Answer motions to dismiss Carlisle's complaint. Those motions were fully briefed by July 22, 2003, and were denied by this Honorable Court in a decision dated March 31, 2006 and entered on April 3, 2006. In the interim, a motion for a Protective Order was filed by Defendant Transportes Ferroviarios Especiales, S.A.

4. Carlisle requests that this Court extend the deadline for discovery up to and including six months after the date of the granting of this motion, and that all other deadlines enumerated in this Court's Order of January 15, 2003, and modified by this Court's Endorsement Order of July 7, 2005, be extended concomitantly.

5. Counsel for defendants have been contacted and consented to the within request.

6. Three prior motions for the relief requested herein have been filed in this Court.

7. In light of the foregoing, and good cause existing therefore, your affiant respectfully requests that this Court grant this motion.

Date: Norwalk, Connecticut
May 5, 2006

_____
MANUEL R. LLORCA

STATE OF CONNECTICUT )
                     ss.:
COUNTY OF FAIRFIELD  )

On May 5, 2006 before me, the undersigned, A Notary Public in and for said State, personally appeared Manuel R. Llorca, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

SHERYL L. INGBER
NOTARY PUBLIC
MY COMMISSION EXPIRES 10/31/09

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------x

CONTAINER LEASING INTERNATIONAL, LLC
d/b/a CARLISLE LEASING INTERNATIONAL, LLC,          3:03 CV 101 (AWT)

    Plaintiff,

-against-

NAVICON, S.A. and TRANSPORTES
FERROVIARIOS ESPECIALES, S.A.,

    Defendants.
                                                               May 5, 2006
-----------------------------------------------------------------x

**CERTIFICATION**

I hereby certify that on May 5, 2006, I caused the within Motion and Affidavit in Support of Motion to be served, via first-class mail, upon:

Pepe & Hazard  
30 Jelliff Lane  
Southport, CT  06890-1436  

Att: Joseph W. Martini, Esq.

Levitt Rockwood & Sanders, PC  
33 Riverside Avenue  
Westport, CT  06881  

Att: Dori S. Heimer, Esq.

Snitow, Kanfer Holtzer & Millus, LLP  
575 Lexington Avenue  
New York, NY  10022-6102  

Att: Alan Heblack, Esq.

Holland & Knight  
195 Broadway  
New York, NY  10007  

Att: Vincent J. Foley, Esq.  
Att: Juan A. Anduiza, Esq.

Norwalk, Connecticut
May 5, 2006

By: _/s/ Manuel R. Llorca_____
Manuel R. Llorca, Esq.   CT 07921
Llorca & Hahn LLP
Box 2
40 Richards Avenue
Norwalk, CT 06854
Telephone No 203-642-7321
Fax No. 203-642-7322
M.Llorca@LlorcaHahn.com
Attorneys for Plaintiff
CONTAINER LEASING INTERNATIONAL d/b/a
CARLISLE LEASING INTERNATIONAL, LLC