UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------x

CONTAINER LEASING INTERNATIONAL, LLC
d/b/a CARLISLE LEASING INTERNATIONAL, LLC,          3:03 CV 101 (AWT)

              Plaintiff,

    -against-                                          **MOTION**

NAVICON, S.A. and TRANSPORTES
FERROVIARIOS ESPECIALES, S.A.,

           Defendants.

                                   May 30, 2006
-------------------------------------------------------------------x

      Pursuant to Rule 7 of the Local Rules of Civil Procedure of the United States District

of Connecticut, upon the Affidavit of Manuel R. Llorca, Esq., sworn to on May 30, 2006,

upon the consent of all parties to this action, and upon all prior pleadings and proceedings had

heretofore, the plaintiff CONTAINER LEASING INTERNATIONAL   d/b/a CARLISLE

LEASING INTERNATIONAL, LLC moves this Court for an Order directing that the Notice

of Appearance filed by Manuel A. Molina, Esq. on July 2, 2003 on behalf of plaintiff be

withdrawn, as Mr. Molina is no longer associated with the law firm of Llorca & Hahn LLP,

attorneys of record for plaintiff.

Dated: Norwalk, Connecticut
        May 30, 2006

By: _____

Manuel R. Llorca, Esq.   CT 07921
Llorca & Hahn LLP
Box 2
40 Richards Avenue
Norwalk, CT 06854
Telephone No 203-642-7321
Fax No. 203-642-7322
M.Llorca@LlorcaHahn.com
Attorneys for Plaintiff
CONTAINER LEASING INTERNATIONAL d/b/a
CARLISLE LEASING INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------x

CONTAINER LEASING INTERNATIONAL, LLC
d/b/a CARLISLE LEASING INTERNATIONAL, LLC,                    3:03 CV 101 (AWT)

          Plaintiff,

   -against-                                                **AFFIDAVIT IN SUPPORT**
                                **OF MOTION**

NAVICON, S.A. and TRANSPORTES
FERROVIARIOS ESPECIALES, S.A.,

          Defendants.
                                May 30, 2006
------------------------------------------------------------------x

      MANUEL R. LLORCA being duly sworn, deposes and says as follows:

    1.     I am a member of the bar of this Court and a partner with the law firm of Llorca

& Hahn, LLP, counsel for plaintiff CONTAINER LEASING INTERNATIONAL d/b/a

CARLISLE LEASING INTERNATIONAL, LLC ("Carlisle") in the above-captioned action.  I

make this affidavit in support of this motion seeking an Order directing that the Notice of

Appearance filed by Manuel A. Molina, Esq. on July 2, 2003 be withdrawn, as Mr. Molina is

no longer associated with your affiant's law firm.

    2.     Your affiant filed a Notice of Appearance.

Date:  Norwalk, Connecticut
      May 30, 2006

                                  _____
                                  MANUEL R. LLORCA

STATE OF CONNECTICUT  )

                                  ss.:

COUNTY OF FAIRFIELD     )

        On May 30, 2006 before me, the undersigned, A Notary Public in and for said State, personally appeared Manuel R. Llorca, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                         NOTARY PUBLIC

                                         CAROL A. METHE
                                         NOTARY PUBLIC
                              MY COMMISSION EXPIRES JULY 31, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------x

CONTAINER LEASING INTERNATIONAL, LLC
d/b/a CARLISLE LEASING INTERNATIONAL, LLC,                    3:03 CV 101 (AWT)

               Plaintiff,

    -against-

NAVICON, S.A. and TRANSPORTES
FERROVIARIOS ESPECIALES, S.A.,

              Defendants.
                                            May  30, 2006
------------------------------------------------------------------x


## CERTIFICATION


      I hereby certify that on May 30, 2006, I caused the within Motion and Affidavit in

Support of Motion to be served, via first-class mail, upon:


Pepe & Hazard
30 Jelliff Lane
Southport, CT  06890-1436

Att: Joseph W. Martini, Esq.


Snitow, Kanfer Holtzer & Millus, LLP
575 Lexington Avenue
New York, NY  10022-6102

Att: Alan Heblack, Esq.


Levitt Rockwood & Sanders, PC
33 Riverside Avenue
Westport, CT  06881

Att:  Dori S. Heimer, Esq.


Holland & Knight
195 Broadway
New York, NY  10007

Att:  Vincent J. Foley, Esq.
Att:  Juan A. Anduiza, Esq.

Norwalk, Connecticut
May 30, 2006

By:_____
Manuel R. Llorca, Esq.   CT 07921
Llorca & Hahn LLP
Box 2
40 Richards Avenue
Norwalk, CT 06854
Telephone No 203-642-7321
Fax No. 203-642-7322
M.Llorca@LlorcaHahn.com
Attorneys for Plaintiff
CONTAINER LEASING INTERNATIONAL d/b/a
CARLISLE LEASING INTERNATIONAL, LLC