UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------------------x
CONTAINER LEASING INTERNATIONAL, LLC :
d/b/a CARLISLE LEASING : 3:03 CV 101(AWT)
INTERNATIONAL, LLC, :
: October 13, 2006
                Plaintiff, :
: **MOTION ON CONSENT**
        -against- : **TO EXTEND DISCOVERY**
: **DEADLINE**
NAVICON, S.A., and TRANSPORTES :
FERROVIARIOS ESPECIALES S.A., :
:
                Defendants. :
---------------------------------------------------------------------x

      Pursuant to Rule 7(b) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, defendant Transportes Ferroviarios Especiales S.A. ("Transfesa") moves this Court, jointly on behalf of all parties, for an Order directing that the discovery deadline in this action be extended for 120 days from November 10, 2006 up to and including March 12, 2007, and that the deadline for filing of dispositive motions, if any, be extended to April 11, 2007.

      During the last several months, the parties have engaged in exchange of discovery requests and production of thousands of pages of documents pursuant to an agreed schedule. On October 11, counsel for the parties met to confer concerning scheduling of depositions of witnesses. While some depositions can go forward shortly in New York or Connecticut, additional depositions may have to be taken in Spain, and others may have to be taken pursuant to the Hague Convention. In addition, Defendant Navicon S.A. is in liquidation in Spain, which further complicates the discovery issues. Based on the foregoing, the parties jointly request

that the Court allow a brief extension of 120 days to schedule depositions and to conclude discovery.

This Court has granted prior extensions of the discovery schedule pending resolutions of Defendants' Motions to stay or to Dismiss the Complaint. This Court also granted Transfesa's Motion for a Protective Order to Stay Discovery pending resolution of Defendants' Motions. No previous request for an extension of time to take necessary depositions has been made to this Court.

All parties have consented to the 120 day extension of time, and have consented to this motion.

In the light of the foregoing, and good cause existing therefore, it is respectfully requested that this Court grant this motion.

Date: New York, New York
October 13, 2006

Vincent J. Foley
Federal Bar No. ct 17500
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007
Tel. (212) 513-3357
Fax. (212) 385-9010
vfoley@hklaw.com

## CERTIFICATE OF SERVICE

      This is to certify that the foregoing Motion was mailed on this date to the following:

Manuel Llorca (ML 4034)
Bar No. ct 07921
LLORCA & HAHN LLP
40 Richards Avenue
Norwalk, CT 06902

Attorneys for Plaintiff
Container Leasing International LLC
d/b/a/ CARLISLE LEASING INTERNATIONAL LLC

Madeleine Grossman
Federal Bar No. ct 05987
Levett Rockwood P.C.
33 Riverside Avenue, Westport, CT 06880
Tel: (203) 222-0885   Fax: (203) 226-8025
Designated Counsel within the District of Connecticut
for Holland & Knight LLP

Joseph W. Martini, Esq.
Pepe & Hazard LLP
30 Jelliff lane
Southport, Connecticut 06890-1436
Tel. 203 319 4000
Fax : 203 259 0251
    -and-

Alan Heblack
Snitow, Kanfer Holtzer & Millus, LLP
575 Lexington Avenue
New York, NY 10022-6102
Attorneys for Navicon, S.A.

Date: October 13, 2006

# 4105822_v1