UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------------------------------x
CONTAINER LEASING INTERNATIONAL, LLC :
d/b/a CARLISLE LEASING : 3:03 CV 101(AWT)
INTERNATIONAL, LLC, :
: October 13, 2006
Plaintiff, :
: **AFFIDAVIT IN SUPPORT OF**
-against- : **MOTION ON CONSENT FOR**
: **120 DAY EXTENSION OF**
NAVICON, S.A., and TRANSPORTES : **DISCOVERY SCHEDULE**
FERROVIARIOS ESPECIALES S.A., :
:
Defendants. :
----------------------------------------------------------------x

VINCENT J. FOLEY, being duly sworn, deposes and says as follows:

1. I am a member of the bar of this Court and a member of the law firm of Holland & Knight LLP, counsel of record for defendant Transportes Ferroviarios Especiales, S.A. ("Transfesa") in the above-captioned action. I make this affidavit, pursuant to Rule 7(b) of this Court's Local Rules of Civil Procedure in support of a joint motion on consent for a 120 day extension of the present discovery schedule. Under the present scheduling order, discovery is to be completed on our before November 10, and dispositive motions, if any, are to be filed no later than December 11, 2006.

2. On March 31, 2006, this Court issued a ruling denying Defendant Navicon S.A.'s ("Navicon") Motions to Stay the Action or to Dismiss the Complaint, and Transfesa's Motion to Dismiss the Complaint. The Court also granted, nunc pro tunc, Transfesa's Motion for a Protective Order staying discovery until resolution of the pending Motions.

3. On April 27, Defendant Transfesa filed its answer to the Complaint. On May 4, 2006, Defendant Navicon filed its answer to the Complaint.

4. On May 9, 2006, this Court granted the parties' motion to extend the deadlines for discovery to November 10, 2006 with dispositive motions, if any, to be filed on or before December 11, 2006.

5. During the period of May-October, 2006, the parties engaged in discovery including service of document demands and interrogatories, and production of thousands of pages of documents pursuant to an agreed schedule. In September, counsel for the parties exchanged correspondence concerning discovery issues and scheduling of depositions. On October 11, 2006, counsel for Plaintiff and Defendants met to confer concerning disputed document discovery issues, and to agree upon scheduling the deposition of necessary witnesses. As your Honor is aware from the pleadings, motions and affidavits on file in this action, witnesses from both the plaintiff and the defendants reside overseas, which presents difficulties in scheduling. While some depositions can go forward shortly in New York or Connecticut, additional depositions may have to be taken in Spain, and others may have to be taken pursuant to the Hague Convention. In addition, Defendant Navicon is in liquidation in Spain, which further complicates the discovery issues. Based on the foregoing, a brief 120 day extension is requested in order to provide adequate time for the parties to schedule and take the depositions of witnesses and to complete discovery.

6. The parties seek an Order directing that the discovery deadline in this action be extended up to and including March 12, 2007, and that dispositive motions, if any, shall be filed on or before April 11, 2007.

7. This Court has granted prior requests to extend the discovery schedule. However, no prior motion for an extension of time to complete depositions of witnesses has been filed with this Court.

8.  In light of the foregoing, and for good cause shown, the parties respectfully request the Court to grant a 120 day extension of the present scheduling order.

_____
Vincent J. Foley

Sworn to before me this
13th day of October 2006

_____
Notary Public

# 4105669_v1

Elvin Ramos
Notary Public, State of New York
NO. 01RA4870243
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 2, 2010

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Affidavit was mailed on this date to the following:

Manuel Llorca (ML 4034)
Bar No. ct 07921
LLORCA & HAHN LLP
40 Richards Avenue
Norwalk, CT 06902

Attorneys for Plaintiff
Container Leasing International LLC
d/b/a/ CARLISLE LEASING INTERNATIONAL LLC

Madeleine Grossman
Federal Bar No. ct 05987
Levett Rockwood P.C.
33 Riverside Avenue, Westport, CT 06880
Tel: (203) 222-0885   Fax: (203) 226-8025
Designated Counsel within the District of Connecticut
for Holland & Knight LLP

Joseph W. Martini, Esq.
Pepe & Hazard LLP
30 Jelliff lane
Southport, Connecticut 06890-1436
Tel. 203 319 4000
Fax : 203 259 0251
    -and-

Alan Heblack
Snitow, Kanfer Holtzer & Millus, LLP
575 Lexington Avenue
New York, NY 10022-6102
Attorneys for Navicon, S.A.

Date: October 13, 2006

# 4105822_v1