UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| CONTAINER LEASING INTERNATIONAL, LLC: d/b/a CARLISLE LEASING INTERNATIONAL, LLC., | : | Case No. 3:03 CV 101 (AWT) |
| Plaintiff, | | |
| -against- | : | **STIPULATION OF DISMISSAL** |
| NAVICON, S.A. and TRANSPORTES FERROVIARIOS ESPECIALES, S.A., | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED by and among counsel for Plaintiff Container Leasing International d/b/a Carlisle Leasing International, Inc. and Defendants Transportes Ferroviarios Especiales S.A. and Navicon S.A., that the Parties have entered a Settlement Agreement and pursuant and subject to the terms of that Settlement Agreement this action shall be and is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and without costs to either party.

Dated: New York, New York
    December 27, 2006

_____
Juan A. Anduiza
Fed. Bar No. ct 24730
Vincent J. Foley
Federal Bar No. ct 17500
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007
Tel. (212) 513-3357
Fax. (212) 385-9010
vincent.foley@hklaw.com

_____
Manuel Llorca (ML 4034)
Federal bar No. ct 07921
LLORCA & HAHN LLP
40 Richards Avenue
Norwalk, CT ~~06902~~ 06854

Attorneys for Plaintiff
Container Leasing International LLC
d/b/a/ CARLISLE LEASING INTERNATIONAL LLC


Joseph W. Martini, Esq.
Federal Bar No. ct 07255
Pepe & Hazard LLP
30 Jelliff lane
Southport, Connecticut 06890-1436
Tel. 203 319 4000
Fax : 203 259 0251

    -and-



_____
Alan Heblack
Snitow, Kanfer Holtzer & Millus, LLP
575 Lexington Avenue
New York, NY  10022-6102

Attorneys for Navicon, S.A.

                                             **SO ORDERED:**



                                             _____
                                                       U.S.D.J.

# 4261181_v1